IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANKLIN H. WRIGHT,

    Plaintiff,

  v.

BRIAN STRETCH, et al.,

    Defendants.
_____/

No. C 16-505 CW

ORDER DENYING MOTION FOR PERMISSION TO E-FILE

(Docket No. 10)

FRANKLIN H. WRIGHT,

    Plaintiff,

  v.

THOMAS E. PEREZ, et al.,

    Defendants.
_____/

No. C 16-513 CW

(Docket No. 13)

    Plaintiff Franklin H. Wright moves for permission to use the Court's Electronic Case Filing (ECF) program.  Having considered the papers filed by Plaintiff, the Court DENIES Plaintiff's motions for permission to use ECF, without prejudice.

    Civil Local Rule 5-1(b) provides, "All cases, except sealed cases, are designated for participation in the Court's Electronic Case Filing ('ECF') system. . . . However, [a] pro se party may not file electronically unless the pro se party moves for and is granted permission by the assigned judge to become an ECF user in that case."  The Court's website provides a list of technical requirements for using ECF.  It is not clear from Plaintiff's motions that he meets the requirements.

    The Court DENIES Plaintiff's motions for permission to use ECF (Case No. 16-505, Docket No. 10; Case No. 16-513, Docket No. 13).  However, if Plaintiff satisfies all the technical requirements listed at http://www.cand.uscourts.gov/ECF/proseregistration, Plaintiff may refile the motion using the sample available on the website.  The Court notes that, if it approves ECF participation, Plaintiff would be permitted to use ECF only for the cases in which the motions are granted.

    IT IS SO ORDERED.

Dated: March 23, 2016

CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2