UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKLIN H. WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-01371-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. Nos. 5, 6 |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Claudia Wilken for consideration of whether the case is related to *Wright v. Stretch, et al.*, Case No. 16-cv-0505 and *Wright v. Perez et al.*, Case No. 16-cv-513.

　　　　**IT IS SO ORDERED.**

Dated: March 23, 2016



WILLIAM H. ORRICK
United States District Judge