IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re cases filed by                    No. C 16-505 CW

FRANKLIN H. WRIGHT,                 PRE-FILING ORDER

     Plaintiff.

_____/

    On May 10, 2016, this Court entered an Order to Show Cause why the Court should not issue a pre-filing order. Franklin H. Wright has failed to file a statement showing cause why this order should not be issued within the time allotted.[1]

    IT IS HEREBY ORDERED that the Clerk of this Court shall not accept for filing any further complaints filed by Franklin Wright a.k.a. Jesse Swartz, until that complaint has first been reviewed by the Court. If the complaint is related to any of the following subject matters or legal theories:

    (1)  Violation of some duty owed;

    (2)  Mention of the Federal Tort Claims Act or attachment of Federal Tort Claims Act "claim letters";

    (3)  Other cases previously filed in federal courts;

    (4)  Requests to compel any defendant to answer questions, perform investigations or evaluate policy proposals;

---

[1] The Order to Show Cause was returned to the Court as undeliverable. Documents have been returned to the Court in this case since March 14, 2016. Wright has never notified the Court of an address change. See Civil Local Rule 3-11(a) ("Duty to Notify").

  (5) Obstruction of Plaintiff's legal process or legal research; or

  (6) Conspiracies to "train" Plaintiff,

it will not be filed unless it presents cognizable claims.  All cases filed by Plaintiff shall be forwarded to the undersigned for pre-filing review.

  IT IS SO ORDERED.

Dated: June 11, 2016

              CLAUDIA WILKEN
              United States District Judge